# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| GARY ALLEN CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:10-0063 |
| ) | Judge Trauger |
| CUMBERLAND COUNTY, TENNESSEE, *et al.*, ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |

## O R D E R

On April 5, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 50), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Cumberland County, Tennessee, Cumberland County Justice Center, Deborah Dixon, Regina Dixon and Butch Burgess (Docket No. 37) and the Motion For Summary Judgment filed by defendant Lyle Craft (Docket No. 40) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

Any appeal will not be certified as taken in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTER this 29th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge